IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | No. 1:11-bk-12799 (MFW) |
| SOLYNDRA LLC, et al. ) | |
| ) | Chapter 11 |
| Debtors. ) | |

## UNITED STATES' NOTICE OF APPEAL

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE:

Notice is given that the United States, on behalf of the Internal Revenue Service, a party in interest in the above-captioned case, appeals under 28 U.S.C. §158(a) from the order of the Bankruptcy Judge entered in this bankruptcy case on the 22nd day of October, 2012, docket item 1173, confirming Debtors' Amended Joint Chapter 11 Plan.

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| | | |
|---|---|---|
| Debtors | Represented by | Sean Matthew Beach |
| | | Young, Conaway, Stargatt & Taylor |
| | | 1000 North King Street |
| | | Wilmington DE 19801 |
| | | 302-571-6600 |
| | | 302-576-3281 fax |
| | | sbeach@ycst.com |
| | | |
| | | Bruce Grohsgal |
| | | Debra Grassgreen |
| | | Maxim B. Litvak |
| | | James E. O'Neill |
| | | Pachulski, Stang, Ziehl Young & Jones |
| | | 919 N. Market Street, 16th Floor |



Exhibit B

|  |  |  |
|---|---|---|
|  |  | Wilmington DE 19899<br>302-778-6403<br>302-652-4400 fax<br>bgrohsgal@pszyjlaw.com<br>dgrassgreen@pszyjlaw.com<br>mlitvak@pszyjlaw.com<br>jo'neill@pszjlaw.com |
| Argonaut Ventures I, LLC | Represented by | Matthew K. Kelsey<br>Michael A. Rosenthal<br>J. Eric Wise<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York NY 10166<br>212-351-4000<br>212-351-4035 fax<br>Mkelsey@gibsondunn.com<br>mrosenthal@gibsondunn.com<br>ewise@gibsondunn.com |
| Official Committee of Unsecured Creditors | Represented by | Bonnie Glantz Fatell<br>David W. Carickhoff<br>Blank Rome LLP<br>1201 Market Street, Suite 800<br>Wilmington DE 19801<br>302 425-6423<br>302 425-6464 fax<br>fatell@blankrome.com<br>Carickhoff@blankrome.com |
| United States | Represented by | KATHRYN KENEALLY<br>Assistant Attorney General<br><br>CHARLES M. OBERLY, III<br>United States Attorney<br><br>ELLEN W. SLIGHTS<br>Assistant U.S. Attorney |

|  |  |
|---|---|
|  | Anne E. Oliver<br>Attorney, Tax Division<br>U.S. Department of Justice<br>P.O. Box 403<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: (202) 616-9806<br>Facsimile: (202) 514-6866<br>Email: Anne.E.Oliver@usdoj.gov |
| November 1, 2012 | KATHRYN KENEALLY<br>Assistant Attorney General<br><br>CHARLES M. OBERLY, III<br>United States Attorney<br><br>ELLEN W. SLIGHTS<br>Assistant U.S. Attorney<br><br>/s/ Anne E. Oliver<br>ANNE E. OLIVER<br>Attorney, Tax Division<br>U.S. Department of Justice<br>P.O. Box 403<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: (202) 616-9806<br>Facsimile: (202) 514-6866<br>Email: Anne.E.Oliver@usdoj.gov |

## **CERTIFICATE OF SERVICE**

  I hereby certify that on November 1, 2012, a true and correct copy of foregoing United States' Notice of Appeal was served via electronic mail upon all parties receiving electronic notice under the Court's CM/ECF system.

/s/ Anne E. Oliver
ANNE E. OLIVER
