IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| SOLYNDRA LLC, | ) | |
| 360 DEGREE SOLAR HOLDINGS, | ) | |
| INC., | ) | |
| | ) | |
| Respondents. | ) | |

## UNITED STATES' MOTION FOR INTERIM STAY

The United States has filed a separate motion with this Court for a stay of the Bankruptcy Court's Order Confirming Debtors' Amended Joint Chapter 11 Plan. The separate motion seeks a stay of the Confirmation Order while the United States pursues an appeal. The purpose of this motion is for the entry of a temporary, but immediate stay of the Confirmation Order, pending this Court's ruling on the separate motion for stay.

/

/

/

/

/

/

/

November 1, 2012

KATHRYN KENEALLY
Assistant Attorney General

CHARLES M. OBERLY, III
United States Attorney

ELLEN W. SLIGHTS
Assistant U.S. Attorney

/s/ Anne E. Oliver
ANNE E. OLIVER
Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-9806
Facsimile: (202) 514-6866
Email: Anne.E.Oliver@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2012, a true and correct copy of the foregoing United States' Motion for Interim Stay and proposed Order were served via electronic mail upon the following:

Bruce Grohsgal
Debra Grassgreen
Maxim B. Litvak
James E. O'Neill
Pachulski, Stang, Ziehl Young & Jones
bgrohsgal@pszyjlaw.com
dgrassgreen@pszyjlaw.com
mlitvak@pszyjlaw.com
jo'neill@pszjlaw.com

Matthew K. Kelsey
Michael A. Rosenthal
J. Eric Wise
Robert B. Krakow
Gibson, Dunn & Crutcher LLP
mkelsey@gibsondunn.com
mrosenthal@gibsondunn.com
ewise@gibsondunn.com
bkrakow@gibsondunn.com

Sean Matthew Beach
Young, Conaway, Stargatt & Taylor
sbeach@ycst.com

Bonnie Glantz Fatell
David W. Carickhoff
Blank Rome LLP
fatell@blankrome.com
carickhoff@blankrome.com

                                                  /s/ Anne E. Oliver
                                                  ANNE E. OLIVER