IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES, | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) No. |
| | ) |
| SOLYNDRA LLC, | ) |
| 360 DEGREE SOLAR HOLDINGS, | ) |
| INC., | ) |
| | ) |
| Respondents. | ) |

## ORDER GRANTING THE UNITED STATES' MOTION FOR STAY

Having considered the United States' motion for stay, any responses and replies thereto, and good cause having been shown, it is hereby

ORDERED that the United States' motion for stay is GRANTED, and it is hereby

ORDERED that the Confirmation Order entered on October 22, 2012 is STAYED pending a final decision on the United States' appeal of the Confirmation Order.

DATE:

_____
UNITED STATES DISTRICT COURT