IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SOLYNDRA LLC, *et al.*,[1] | ) | |
| | ) | Bankr. Case No. 11-12799 (MFW) |
| Debtors. | ) | |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯) | | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Appellant | ) | Civil Action No. 12-01380 (UNA) |
| v. | ) | |
| | ) | **Ref. Docket Nos. 4 and 5** |
| SOLYNDRA LLC, | ) | |
| 360 DEGREE SOLAR HOLDINGS, INC. | ) | |
| Appellees. | ) | |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯) | | |

**JOINDER OF ARGONAUT VENTURES I, L.L.C. AND
AE DIP 2011, LLC TO APPELLEE DEBTORS' OBJECTION
TO THE UNITED STATES' MOTION FOR INTERIM STAY**

Argonaut Ventures I, L.L.C. ("**Argonaut**"), as Tranche A Representative under that certain Term Loan Agreement (Tranche A), dated as of February 23, 2011 (the "**Prepetition Tranche A Term Loan Agreement**"),[2] and as Tranche E Agent under that certain Tranche E Note Purchase Agreement, dated as of February 23, 2011 (the "**Prepetition Tranche E Agreement**"),[3] and AE DIP 2011, LLC (the "**DIP Lender**"), the Debtors' postpetition lender pursuant to that certain $7,000,000 Senior Secured, Superpriority Debtor In Possession Term Loan, Guaranty and Security Agreement, dated as of September 6, 2011 (as amended), by and

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Solyndra LLC (9771) and 360 Degree Solar Holdings, Inc. (5583). The Debtors' address is 47488 Kato Road, Fremont CA 94538.

[2] The Prepetition Tranche A Term Loan Agreement was by and among Solyndra LLC, the lender parties thereto, and Argonaut, as Tranche A Representative.

[3] The Prepetition Tranche E Agreement was by and among Solyndra LLC, as borrower, Argonaut, as agent, and each holder of a Tranche E note.

through their undersigned counsel, hereby join in Appellee Debtors' Objection to the United States' Motion for Interim Stay.

Dated: Wilmington, Delaware
November 2, 2012

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Robert F. Poppiti, Jr.*
Sean M. Beach (No. 4070)
Robert F. Poppiti, Jr. (No. 5052)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: 302.571.6600
Facsimile: 302.571.1253

---- and ----

GIBSON, DUNN & CRUTCHER LLP
Michael A. Rosenthal
Robert B. Krakow
J. Eric Wise
Matthew K. Kelsey
200 Park Ave, 37th Floor
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

ATTORNEYS FOR ARGONAUT VENTURES I, L.L.C. AND AE DIP 2011, LLC