IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: )<br>)<br>SOLYNDRA LLC, *et al.*, )<br>)<br>Debtors. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Appellant, )<br>v. )<br>)<br>SOLYNDRA LLC, 360 DEGREE SOLAR )<br>HOLDINGS, INC., )<br>)<br>Appellees. )<br>) | Civil Action No. 12-01380-GMS |

## **ORDER**

WHEREAS presently before the court are the appellant's Motion for Stay (D.I. 1) and Motion for Interim Stay (D.I. 4);

WHEREAS the court has considered the parties' papers relating to the appellant's Motion for Stay as well as the applicable law; and

WHEREAS the court heard oral argument on the appellant's Motion for Stay on November 5, 2012;

Consistent with the court's oral ruling issued on November 5, 2012, IT IS HEREBY ORDERED THAT:

1. The appellant's Motion for Stay (D.I. 1) is DENIED; and

2. The appellant's Motion for Interim Stay (D.I. 4) is DENIED AS MOOT.

Dated: November 6, 2012

_____
CHIEF, UNITED STATES DISTRICT JUDGE